Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 15−17463−RG
                        Chapter: 7
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Amanda Hager
    516 River Rd.
    Apt. 6
    New Milford, NJ 07646

Social Security No.:
    xxx−xx−7428

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

    Statement of Your Current Monthly Income (B22A−1)NO SIGNATURE.

2. This case will be dismissed on May 7, 2015, unless the missing documents are received on or before that date by the Clerk of the Court at:

                        U.S. Bankruptcy Court
                        MLK Jr Federal Building
                        50 Walnut Street
                        Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before
        May 7, 2015.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: April 23, 2015
JJW: car

                                                                                 James J. Waldron
                                                                                 Clerk

        If the schedules you file list more creditors than were included on the list of
        creditors(matrix) filed with your petition, you must file with your schedules
        an amended list of creditors(matrix), listing only those creditors being added,
        and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1).
        You must also pay a $30 fee for the amendment in the form of certified check,

money order, or attorney's check.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-17463-RG
Amanda Hager                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: crichard              Page 1 of 1                  Date Rcvd: Apr 23, 2015
                              Form ID: 180                Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2015.
db              +Amanda Hager,    516 River Rd.,    Apt. 6,    New Milford, NJ 07646-1900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: leah.bynon@usdoj.gov Apr 23 2015 22:50:34      U.S. Attorney,     970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2015 22:50:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2015                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2015 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0